IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 19  CR  628** |
| v. | ) | |
| | ) | CASE NO. _____ |
| WESTON D. MCDANIELS, | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1) and (b)(1)(B) |
| Defendant. | ) | |

**JUDGE LIOI**

## COUNT 1
(Possession with Intent to Distribute Heroin, 21 U.S.C. §§841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1.     On or about September 13, 2019, in the Northern District of Ohio, Eastern Division, Defendant WESTON D. MCDANIELS did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 2
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

1.     On or about September 13, 2019, in the Northern District of Ohio, Eastern Division, Defendant WESTON D. MCDANIELS did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.